# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY DUANE BELL, SR (1)<br>ANTHONY DUANE BELL, JR (2)<br>    Defendants. | Case No.   20CR2887-WQH<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**<br><br>**ORIGINAL** |

Upon consideration of the Defendant's Motion to Modify the Conditions of Pretrial Release and good cause appearing therein, the Court finds that the Defendant has not met the requirements needed to support an order to modify the conditions of pretrial release. Those requirements are clearly outlined in this Court's Chambers Criminal Pretrial Procedures: (1) The party seeking a modification must represent that they have met and conferred with opposing counsel and the assigned pretrial services officer; (2) The party seeking a modification must then state the respective positions of opposing counsel and the assigned pretrial services officer regarding the modification and state if they have received their consent; (3) Attach a declaration signed by the surety(ies), if any, indicating his/her consent to the specific modification; (4) Attach a copy of the Order of the Conditions of Release; and (5) If the modification is for travel or other time-sensitive purpose, the joint motion or request must be submitted at least two

(2) business days before the requested travel date or time-sensitive event is to occur. All of These requirements have not been met. Specifically, (3) Attach a declaration signed by the surety(ies), if any, indicating his/her consent to the specific modification; (4) Attach a copy of the Order of the Conditions of Release; and (5) If the modification is for travel or other time-sensitive purpose, the joint motion or request must be submitted at least two (2) business days before the requested travel date or time-sensitive event is to occur.. Therefore, the Court hereby DENIES WITHOUT PREJUDICE the Defendant's Motion to Modify the Conditions of Pretrial Release. Any renewed request shall include all the requirements set forth in the Chambers Criminal Pretrial Procedures. IT IS SO ORDERED.

DATED: 11/12/2020            By: *William V. Gallo*
                                 William V. Gallo
                                 United States Magistrate Judge