# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20CR2887-WQH |
| v. | ORDER GRANTING DEFENDANT ANTHONY DUANE BELL, JR.'S MOTION TO MODIFY BOND CONDITIONS |
| ANTHONY DUANE BELL, JR (2), | |
| Defendants. | |

Before this Court is Defendant Anthony Duane Bell, Jr.'s Motion to Modify Bond Conditions of Pretrial Release (the "Motion").

The Court, having considered the Motion, finds that the Motion should be GRANTED.

This Court therefore ORDERS, ADJUDGES, and DECREES that Defendant Anthony Duane Bell, Jr. is allowed to travel to Atlanta, Georgia for the time period of January 10, 2020 to January 12, 2020. Defendant is to check in with Pre-Trial Services before departing and upon arriving at each location.

Dated: ___1/7/2021_____

_____
Honorable William V. Gallo