# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20CR2887-WQH |
| v. | ORDER GRANTING DEFENDANTS ANTHONY DUANE BELL, SR. AND ANTHONY DUANE BELL, JR.'S MOTION TO MODIFY BOND CONDITIONS |
| ANTHONY DUANE BELL, SR (1), ANTHONY DUANE BELL, JR (2), | |
| Defendants. | |

Before this Court is Defendants Anthony Duane Bell, Sr. and Anthony Duane Bell, Jr.'s Motion to Modify Bond Conditions of Pretrial Release (the "Motion").

The Court, having considered the Motion, finds that the Motion should be GRANTED.

This Court therefore ORDERS, ADJUDGES, and DECREES that Defendants Anthony Duane Bell, Jr. and Anthony Duane Bell, Sr. are allowed to travel to Houston, Texas for the time period of January 14, 2021 to January 21, 2021. Defendants are to check in with Pre-Trial Services before departing and upon arriving at each location.

Dated: _____1/12/2021_____

_____

Honorable Judge Presiding