# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ANTHONY DUANE BELL, SR (1), <br><br> Defendants. | Case No. 20CR2887-WQH <br><br> ORDER GRANTING DEFENDANT ANTHONY DUANE BELL, JR.'S MOTION TO MODIFY BOND CONDITIONS |

Before this Court is Defendant Anthony Duane Bell, Jr.'s Motion to Modify Bond Conditions of Pretrial Release (the "Motion").

The Court, having considered the Motion, finds that the Motion should be GRANTED.

This Court therefore ORDERS, ADJUDGES, and DECREES that Defendant Anthony Duane Bell, Jr. is allowed to travel to Scottsdale, Arizona for the time period of February 12, 2021 to February 14, 2021. Defendant is to check in with Pre-Trial Services before departing and upon arriving at each location.

Dated: 2/10/2021

_____
Honorable Judge Presiding