# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20CR2887-WQH |
| v. | ORDER GRANTING DEFENDANT ANTHONY DUANE BELL, JR.'S MOTION TO MODIFY BOND CONDITIONS |
| ANTHONY DUANE BELL, JR (2), | |
| Defendants. | |

Before this Court is Defendant Anthony Duane Bell, Jr.'s Motion to Modify Bond Conditions of Pretrial Release (the "Motion").

The Court, having considered the Motion, finds that the Motion should be GRANTED.

This Court therefore ORDERS, ADJUDGES, and DECREES that Defendant Anthony Duane Bell, Jr. is allowed to travel to Houston, Texas for the time period of April 15, 2021 to April 20, 2021. Defendant is to check in with Pre-Trial Services before departing and upon arriving at each location.

Dated: 4/8/21

*William V. Gallo*
Honorable William V. Gallo
United States Magistrate Judge