UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY DUANE BELL, SR. (1)<br>ANTHONY DUANE BELL, JR. (2)<br><br>Defendant. | Case No.: 20cr2887 WQH<br><br>**ORDER** |

HAYES, Judge,

    IT IS HEREBY ORDERED that the pretrial release orders (ECF No. 11 and 12) are amended to allow Defendants to travel within the continental United States.

Dated: August 9, 2021

                                      Hon. William Q. Hayes
                                      United States District Court