UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANTHONY DUANE BELL, SR. (1)<br>ANTHONY DUANE BELL, JR. (2)<br><br>　　　　　　　　　　Defendant. | Case No.: 20cr2887 WQH<br><br>**AMENDED ORDER** |

HAYES, Judge,

　　IT IS HEREBY ORDERED that the pretrial release orders (ECF No. 11 and 12) are amended to allow Defendants to travel within the continental United States and the portion of Order ECF No. 85 stating "Both defendants are allowed to travel outside the United States during pretrial release" is vacated.

Dated: August 9, 2021

　　　　　　　　　　　　　　　　　　　_William Q. Hayes_
　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　United States District Court

1

20cr2887 WQH